**EXHIBIT 1:** SCREENGRAB OF VIDEO

