**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/watch/?v=638706490483251&_rdc=2&_rdr

