UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Reed Timmer

        Plaintiff(s),        Case No.

v.

Maher Electric, LLC d/b/a Michigan Critical Power

        Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,     __Reed Timmer__
(Party Name)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ☐ Yes ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
   If yes, identify entity and nature of interest:

Date: May 6, 2025          */s/ Craig Sanders*
(Signature)