UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REED TIMMER,

    Plaintiff,

v.

MAHER ELECTRIC, LLC
d/b/a Michigan Critical Power,

    Defendant.
_____/

Case No. 1:25-cv-522

HON. JANE M. BECKERING

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiff served a summons and complaint on Defendant on May 16, 2025 (ECF No. 5) and Defendant has failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff has failed to move for an entry of default against Defendant. Accordingly:

**IT IS HEREBY ORDERED** that, absent an answer or other responsive pleading to the Complaint on behalf of Defendant, Plaintiff shall, not later than **July 16, 2025**, move for an entry of default or show cause in writing why the Court should not dismiss the case for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.


Dated:  July 2, 2025                                                    /s/ Jane M. Beckering
                                                                                   JANE M. BECKERING
                                                                                   United States District Judge