UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Reed Timmer,

        Plaintiff,                          Case No.: 1:25-cv-00522-JMB-PJG

v.                                            Hon. Jane M. Beckering

Maher Electric, LLC d/b/a Michigan Critical Power,

        Defendant.

---

**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT MAHER ELECTRIC, LLC D/B/A MICHIGAN CRITICAL POWER**

In accordance with Fed. R. Civ. P. 55(a), Plaintiff Reed Timmer ("Plaintiff"), through his undersigned counsel, requests that an Entry of Default be entered against Defendant Maher Electric, LLC d/b/a Michigan Critical Power ("Maher") for failure to plead or otherwise defend, and in support of this request states as follows:

    1.    The action was commenced by the filing of the Complaint on May 6, 2025 [Dkt No. 1].

    2.    According to the proof of service filed at Dkt. No. 5, Maher was served with the Summons and Complaint on May 16, 2025 by service upon its Registered Agent John Maher at 7986 Clyde Park Avenue Southwest, Byron Center, Michigan, setting June 6, 2025 as the deadline for Maher to respond to the Complaint.

    3.    Maher has failed to plead or otherwise defend and the time for Maher to answer the Plaintiff's Complaint has expired and has not been extended.

    4.    Maher is not an infant, incompetent person or a member of the military service.

5.      This statement is true and is signed under the penalty of perjury.

Dated: July 16, 2025                            Respectfully submitted,

**SANDERS LAW GROUP**

By:    */s/ Renee J. Aragona*
Renee J. Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: raragona@sanderslaw.group
File No.: 129792
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2025, I caused to be electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing which will transmit a Notice of Electronic Filing to all parties and counsel of record. I further certify that a copy of the foregoing document is being served on Defendant Maher Electric, LLC d/b/a Michigan Critical Power by USPS regular mail to the following address:

Maher Electric, LLC d/b/a
Michigan Critical Power
7986 Clyde Park Avenue Southwest
Byron Center, Michigan

*/s Renee J. Aragona*
Renee J. Aragona