UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Reed Timmer,

    Plaintiff,

v.

Maher Electric, LLC,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:25-cv-522

## ENTRY OF DEFAULT

It appearing from the files and records that affidavit for default has been duly filed and that defendant Maher Electric, LLC failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

NOW THEREFORE, on affidavit of counsel for plaintiff and in accordance with the rules of this court, default is hereby entered against defendant Maher Electric, LLC according to Rule 55(a) of the Federal Rules of Civil Procedure.

CLERK OF COURT

/s/ E. Siskind

Date:  July 18, 2025

By: Deputy Clerk