UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REED TIMMER,

                    Plaintiff,

vs.

MAHER ELECTRIC, LLC., d/b/a MICHIGAN
CRITICAL POWER,

                    Defendant.

_____/

Civil Action No: 1:25-cv-00522-JMB-PJG
Honorable Jane M. Beckering

### **STIPULATED ORDER SETTING ASIDE DEFAULT**

**WHEREAS** this matter having come before the Court upon the stipulation of counsel for the parties and otherwise being fully informed;

**IT IS HEREBY ORDERED** that the Default against defendant, **MAHER ELECTRIC, LLC. d/b/a MICHIGAN CRITICAL POWER**, entered pursuant to FRCP 55 by the Court in the above-entitled matter on or about July 18, 2025, is hereby set aside without costs to either party.

**IT IS HEREBY FURTHER ORDERED** that defendant, **MAHER ELECTRIC, LLC. d/b/a MICHIGAN CRITICAL POWER**, shall file their responsive pleadings on or before **August 22, 2025**.

This is not a final order and does not close the case.

**IT IS SO ORDERED.**

_____
Honorable Jane M. Beckering

WE HEREBY STIPULATE TO THE ENTRY OF THE FOREGOING ORDER:


*/s/ Renee J. Aragona*
RENEE J. ARAGONA
**SANDERS LAW GROUP**
Attorneys for Plaintiff

/s/ James D. Reno
JAMES D. RENO (P72990)
**LUPO & KOCZKUR, P.C.**
Attorney for Defendant