UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REED TIMMER,

        Plaintiff,

vs.

Civil Action No: 1:25-cv-00522-JMB-PJG
Honorable Jane M. Beckering

MAHER ELECTRIC, LLC., d/b/a MICHIGAN CRITICAL POWER,

        Defendant.

_____/

## STIPULATED ORDER SETTING ASIDE DEFAULT

**WHEREAS** this matter having come before the Court upon the stipulation of counsel for the parties and otherwise being fully informed;

**IT IS HEREBY ORDERED** that the Default against defendant, **MAHER ELECTRIC, LLC. d/b/a MICHIGAN CRITICAL POWER**, entered pursuant to FRCP 55 by the Court in the above-entitled matter on or about July 18, 2025, is hereby set aside without costs to either party.

**IT IS HEREBY FURTHER ORDERED** that defendant, **MAHER ELECTRIC, LLC. d/b/a MICHIGAN CRITICAL POWER**, shall file their responsive pleadings on or before **August 22, 2025**.

      This is not a final order and does not close the case.

      **IT IS SO ORDERED.**

Dated: August 14, 2025

      /s/ Jane M. Beckering
      JANE M. BECKERING
      United States District Judge

WE HEREBY STIPULATE TO THE ENTRY OF THE FOREGOING ORDER:

| | |
|---|---|
| */s/ Renee J. Aragona* | /s/ James D. Reno |
| RENEE J. ARAGONA | JAMES D. RENO (P72990) |
| **SANDERS LAW GROUP** | **LUPO & KOCZKUR, P.C.** |
| Attorneys for Plaintiff | Attorney for Defendant |