UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REED TIMMER,

    Plaintiff,

v.

MAHER ELECTRIC, LLC
d/b/a Michigan Critical Power,

    Defendant.
_____/

Case No. 1:25-cv-522

HON. JANE M. BECKERING

## ORDER TO STRIKE

On August 19, 2025, Defendant filed its Answer with affirmative defenses to the complaint (ECF No. 14). Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, the Answer is stricken. Accordingly:

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses (ECF No. 14) is STRICKEN. Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated: August 20, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge