UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REED TIMMER,

    Plaintiff,

v.

    Case No. 1:25-cv-522

    HON. JANE M. BECKERING

MAHER ELECTRIC, LLC
d/b/a Michigan Critical Power,

    Defendant.

_____/

# ORDER

On August 14, 2025, the Court issued an Order (ECF No. 13) requiring Defendant to file a corporate disclosure statement within 7 days of the date of the order.  Nearly one week later, the Court issued an Order (ECF No. 15), in pertinent part, requiring Defendant to file a corrected answer within 7 days of the date of the order.  A review of the court record reveals that Defendant has failed to comply with either order.  The Court will provide Defendant another opportunity to comply with the earlier directives from the Court.  Defendant is placed on notice that failure to comply with the specific directives and orders of this Court in their entirety may result in sanctions, including an entry of default.  Accordingly:

**IT IS HEREBY ORDERED** that Defendant shall, not later than September 17, 2025, file a corporate disclosure statement and a corrected answer that complies with the court rules.

Dated: September 10, 2025                                     /s/ Jane M. Beckering
                                                                                 JANE M. BECKERING
                                                                                 United States District Judge